IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

|  |  |
|---|---|
| Debra Warden, | |
| Plaintiff, | Case No. 3:11-cv-34 |
| vs. | |
| | **NOTICE OF REMOVAL** |
| International Automotive Components Group North America, Inc. and IAC Iowa City, LLC, | |
| Defendant. | |

Defendants International Automotive Components Group North America, Inc. and IAC Iowa City, LLC hereby file their Notice of Removal and state as follows:

1. An action has been commenced against them which is now pending in the Iowa District Court in and for Johnson County, Iowa, said action being entitled "*Debra Warden v. International Automotive Components Group North America, Inc. and IAC Iowa City, LLC* bearing Case No. LACV 073058 on the docket of said court.

2. A copy of the state court Petition at Law was served on Defendants on March 3, 2011. Copies of the Original Notice, the Petition at Law and Jury Demand are attached hereto and constitute all process, pleadings and orders served upon Defendants in that cause of action.

3. This Notice of Removal is being filed within thirty (30) days after receipt by Defendants of the state court Petition at Law and is timely filed in accordance with 28 U.S.C. Sec. 1446(b).

4. Defendants have not yet moved, pleaded or answered plaintiff's state court Petition at Law.

5. This is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. Sec. 1331 and which may be removed pursuant to 28 U.S.C. Sec. 1441 because plaintiff's state court Petition at Law, Count II, alleges violations of the laws of the United States (the Americans with Disabilities Act) over which this Court has original jurisdiction.

6. There is also a separate and independent basis for removal of the present action to this Court. From the face of the state court Petition at Law, it is apparent that plaintiff is a citizen of the State of Iowa. Defendants are business entities formed under the laws of the State of Delaware, with their headquarters in the State of Michigan. Defendants are citizens of the State of Delaware and the State of Michigan. There exists complete diversity of citizenship between plaintiff and Defendants. This is an action for which compensatory and punitive damages are sought by plaintiff. The amount in controversy in this action clearly appears to be in excess of $75,000.00, exclusive of interest and costs. Accordingly, this Court also has jurisdiction pursuant to 28 U.S.C. Sec. 1332 and the action may be removed pursuant to 28 U.S.C. Sec. 1441.

7. Venue for removal to this Court is proper pursuant to the provisions of 28 U.S.C. §1391(a).

**WHEREFORE**, Defendants International Automotive Components Group North America, Inc. and IAC Iowa City, LLC request that the Court enter this cause on its docket and entertain such further proceedings herein as may be proper and authorized by law.

/s/ Mark L. Zaiger
MARK L. ZAIGER        AT0008655
    for
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 Third Street SE, P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:   (319) 365-9461
FAX:     (319) 365-8564
EMAIL:   mlz@shuttleworthlaw.com
Contact email: heather@shuttleworthlaw.com
Heather Bertch @ 319-365-9461

Of Counsel:

Thomas J. Gibney
Lynn V. Luther
    for
EASTMAN AND SMITH, LTD
One Seagate 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
PHONE:   (419) 247-1746
FAX:     (419) 247-1777
EMAIL:   lvluther@eastmansmith.com
         tjgibney@eastmansmith.com

ATTORNEYS FOR DEFENDANTS INTERNATIONAL AUTOMOTIVE COMPONENTS GROUP NORTH AMERICA, INC. AND IAC IOWA CITY, LLC

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that he caused copies of the foregoing Notice of Removal to be served on counsel of record through the Court's Electronic Case Filing/Case Management ("ECF/CM") system this 22nd day of March 2011, addressed to:

Paige Feidler
Emily McCarty
Feidler Law Firm
2900 100th Street, Suite 209
Urbandale, Iowa 50332
paige@employmentlawiowa.com
emily@employmentlawiowa.com;

and copy sent via U.S. Mail:

Johnson County Clerk of Court
Johnson County Courthouse
417 S. Clinton Street
P.O. Box 2510
Iowa City, Iowa  52244-2510

/s/ Mark L. Zaiger
Mark L. Zaiger