IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| DEBRA WARDEN, | Case No. 3:11-cv-00034 |
| Plaintiff, | |
| v. | |
| INTERNATIONAL AUTOMOTIVE COMPONENTS GROUP NORTH AMERICA, INC. and IAC IOWA CITY, LLC, | STIPULATED DISMISSAL WITH PREJUDICE |
| Defendants. | |

COME NOW the parties and hereby stipulate to dismissal of the above-captioned case

with prejudice, at plaintiff's costs, and with each party to bear her and its own attorney fees.


FIEDLER & TIMMER, P.L.L.C

*/s/ Emily McCarty*
Brooke Timmer AT0008821
brooke@employmentlawiowa.com
Emily McCarty AT0010147
emily@employmentlawiowa.com
2900 - 100th Street, Suite 209
Urbandale, IA 50322
Telephone: (515) 254-1999
Fax: (515) 254-9923
ATTORNEYS FOR PLAINTIFF

SHUTTLEWORTH & INGERSOLL, PLC

_/s/ Mark L. Zaiger_____
Mark L. Zaiger AT0008865
mlz@shuttleworthlaw.com
115 Third Street SE
P.O. Box 2107
Cedar Rapids, IA 52406
Telephone: (319) 365-9461
Fax: (319) 365-8564

EASTMAN & SMITH LTD.

_/s/ Lynn Luther_____
Thomas J. Gibney
TJGibney@eastmansmith.com
Lynn Vuketich Luther
LVLuther@eastmansmith.com
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, OH 43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-17777
ATTORNEYS FOR DEFENDANTS

---

**ELECTRONIC PROOF OF SERVICE**

I, hereby certify that on the 23rd day of August, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

**Signature:**   ___/s/ Fiedler & Timmer, P.L.L.C._